**EASTERN DISTRICT OF THE STATE OF NEW YORK**
-------------------------------------------------------------------x

**JOSE ROLANDO LEON,** *Individually and on behalf of others similarly situated,*

                  **Plaintiffs,**

Case No. 16-cv-480 (KAM)(PK)

v.

**DECLARATION OF
JOSE ROLANDO LEON**

**ZITA CHEN, Individually
and DNC DOORS & CABINETS INC.**

                  **Defendants.**
-------------------------------------------------------------------x

STATE OF NEW YORK   )
                               )  ss:
COUNTY OF NEW YORK )

      Jose Rolando Leon, having been duly sworn, deposes and says:

1.    I am a Plaintiff in the above-captioned case. I live in Flushing, New York. I respectfully make this declaration in support of my application for an Order granting me a default judgment against Defendants Zita Chen ("Chen") and DNC Doors & Cabinets Inc. ("DNC") (collectively "Defendants"), granting me unpaid minimum wage, unpaid overtime compensation, unpaid spread of hours pay, liquidated damages, post-judgment interest and attorneys' fees and costs.

2.    I filed a complaint in this Court against my former employers, Chen and DNC, because I was not paid proper minimum wage, overtime compensation, or spread of hours pay during the course of my employment.

3.    I worked for Defendants from approximately December 2013, until December 16, 2015.

4.    I was employed to work as a factory worker for Defendants.

5. In 2013 and 2014, I primarily made deliveries and installed products on-site at customers' locations.

6. In 2015, I primarily worked in the factory itself.

7. Chen hired me to work for DNC.

8. Chen also terminated me from DNC.

9. Defendants never provided me with a written notice of my rate of pay.

10. While working for Defendants, I regularly worked six (6) days per week.

11. I usually worked 8:00 am until 6:00 pm each day.

12. I was paid a base salary of $120.00 per day in cash, regardless of my hours worked.

13. I was not paid at all for my last two (2) weeks of work with Defendants.

14. I have summarized the wages I am owed as follows: $58,010.00, which includes unpaid overtime, unpaid spread of hours pay, failure to issue pay notices and liquidated damages under New York and federal law.

15. A true and accurate copy of a spreadsheet detailing the above calculations is annexed hereto as "Exhibit A."

16. I respectfully request that the Court enter judgment in my favor for a total of $63,577.05, plus post-judgment interest.

17. I also make this declaration in support of my application for attorney's fees. I retained the Klein Law Group on December 21, 2015. My attorney's declaration is attached.

**WHEREFORE**, I respectfully request that my application be granted in its entirety, along with such other and further relief as this Court deems just and proper.

Dated: New York, NY
       April 29, 2016

                                                                                     _____
                                                                                      Jose Rolando Leon

DECLARATION OF JOSE ROLANDO LEON

I, Jose Rolando Leon, certify that I fully understand and swear to as true the contents of the document entitled Declaration of Jose Rolando Leon as translated to me.

Dated: New York, NY
April 29, 2016

Jose Rolando Leon

Sworn to before me this 29th day of April, 2016

ANA E. RIOS
NOTARY PUBLIC, State of New York
No. 01RI6156593
Qualified in Rockland County
Commission Expires Dec. 4, 20__

Notary Public

AFFIRMATION OF TRANSLATION

I, Elizabeth Rios, certify that I am fluent in both Spanish and English and that I have correctly and accurately translated this document from English to Spanish, and that the Plaintiff, Jose Rolando Leon, has assured me that he understands this document.

Dated: New York, NY
April 29, 2016

Elizabeth Rios

4

# EXHIBIT A

*Jose Rolando Leon vs. DNC. Doors & Cabinets, Inc.*

Case filing date 1/29/2016

### Period

| | | weeks | min. wage | hrs/wk | days/wk | actu. Paid | rate/hr |
|---|---|---|---|---|---|---|---|
| 12/1/2013 | 12/31/2013 | 4 | $7.25 | 60 | 6 | $720.00 | $12.00 |
| 1/1/2014 | 12/31/2014 | 52 | $8.00 | 60 | 6 | $720.00 | $12.00 |
| 1/1/2015 | 12/16/2015 | 50 | $8.75 | 60 | 6 | $720.00 | $12.00 |

### Damage: OT & SOL

| | | weeks | OT owed | SOH | damage |
|---|---|---|---|---|---|
| 12/1/2013 | 12/31/2013 | 4 | $120.00 | $43.50 | $654.00 |
| 1/1/2014 | 12/31/2014 | 52 | $120.00 | $48.00 | $8,736.00 |
| 1/1/2015 | 12/1/2015 | 48 | $120.00 | $52.50 | $8,280.00 |
| 12/2/2015 | 12/6/2015 | [2 weeks no wage payment] | | | $1,785.00 |
| | | | | Total | $17,670.00 |

### FLSA Liquidated Damages

100% Unpaid Wage 3 Years SOL

|  |  |
|---|---|
| Total | $17,670.00 |

### NYLL Liquidated Damages

25% of Unpaid Wage before 4/12/11 + 100% Unpaid Wage after 4/12/11, 6 Years SOL

|  |  |
|---|---|
| Total | $17,670.00 |
| *Overall* | ***$53,010.00*** |

### Failure to Issue Wage Notices

|  |  |
|---|---|
|  | $5,000.00 |
| Total: | $58,010.00 |