Darren P.B. Rumack (DR-2642)
THE KLEIN LAW GROUP
11 Broadway Suite 960
New York, NY 10004
Phone: 212-344-9022
Fax: 212-344-0301
*Attorneys for Plaintiff.*

**EASTERN DISTRICT OF THE STATE OF NEW YORK**

------------------------------------------------------------------x

**JOSE ROLANDO LEON,** *Individually and on behalf of others similarly situated,*

                **Plaintiff**                Case No. 16-cv-480 (KAM)(PK)

v.                                      **AFFIDAVIT OF SERVICE**

**ZITA CHEN, Individually
and DNC DOORS & CABINETS INC.**

                **Defendants.**
------------------------------------------------------------------x

STATE OF NEW YORK   )
                              ) ss:
COUNTY OF NEW YORK )

I, Rosa Reynoso, declare upon personal knowledge and under penalty of perjury that the following statements are true and correct:

I am not a party to this action, am over 18 years of age and am employed by the Klein Law Group, PC. I reside in Westchester County, New York.

On May 10, 2016, I served a true and accurate copy of the Notice of Motion for Default Judgment and the Declaration of Darren P.B. Rumack, with exhibits, via first class mail to the addresses listed below:

Zita Chen

36-33 College Point Blvd.
Flushing, NY 11354

DNC Doors and Cabinets Inc.
c/o Zita Chen
36-33 College Point Blvd.
Flushing, NY 11354

Dated: New York, NY
     May 10, 2016

                                                    _____
                                                    Rosa Reynoso

Sworn to before me this 10th day of May, 2016

_____
Notary Public

ANA E. RIOS
NOTARY PUBLIC, State of New York
No. 01RI6156593
Qualified in Rockland County
Commission Expires Dec. 4, 20 18